**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID BURSTYN, CASE NO: 18CV23824

Plaintiff,

vs. **SUMMONS IN A CIVIL ACTION**

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

Defendant.
_____________________________________/

**TO: Northwestern Mutual Life Insurance Company**
**By Service Upon:**
**Chief Financial Officer, as Registered Agent**
**200 E. Gaines Street**
**Tallahassee, Florida 32399**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) pr (3) – you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorneys, whose names and address are:

**Benjamin C. Hassebrock, Esq.**
**bhassebrock@vpl-law.com**
**Ver Ploeg & Lumpkin, P.A.**
**100 S.E. Second Street, 30th Floor**
**Miami, Florida 33131**
**Tel: 305-577-3996 – Fax: 305-577-3558**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the Court.

Date Sep 18, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court