*18-000225405*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

DAID BURSTYN,

PLAINTIFF(S)

VS.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

DEFENDANT(S)
_________________________________/

SUMMONS, COMPLAINT, EXHIBIT

**CASE #:** 18CV23824
**COURT:** UNITED STATES DISTRICT COURT
**COUNTY:** SOUTHERN
**DFS-SOP #:** 18-000225405

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Friday, September 21, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, September 24, 2018 to the designated agent for the named entity as shown below.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
RODD SCHNEIDER
720 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

***Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

BENJAMIN C. HASSEBROCK, ESQ.
VER PLOEG & LUMPKIN, P.A.
100 S.E. SECOND STREET
30TH FLOOR
MIAMI, FL 33131

CA1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID BURSTYN,

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
_______________________________/

CASE NO: 18CV23824

**SUMMONS IN A CIVIL ACTION**

**TO: Northwestern Mutual Life Insurance Company**
**By Service Upon:**
**Chief Financial Officer, as Registered Agent**
**200 E. Gaines Street**
**Tallahassee, Florida 32399**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) pr (3) – you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorneys, whose names and address are:

**Benjamin C. Hassebrock, Esq.**
**bhassebrock@vpl-law.com**
**Ver Ploeg & Lumpkin, P.A.**
**100 S.E. Second Street, 30th Floor**
**Miami, Florida 33131**
**Tel: 305-577-3996 – Fax: 305-577-3558**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the Court.

Date Sep 18, 2018

SUMMONS

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court