**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:18-cv-23824-DPG**

DAVID BURSTYN,

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
________________________________/

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Northwestern Mutual Life Insurance Company, ("Northwestern Mutual"), by and through undersigned counsel and pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Rule 7.1(a)(3) of the Local Rules for the Southern District of Florida, respectfully moves for an enlargement of time in which to respond to Plaintiff's Complaint. The grounds for this motion are:

1. Defendant's response to the Complaint currently is due on or about October 15th, 2018.

2. Undersigned counsel has been recently retained on this matter.

3. Due to the press of other litigation, and other conflicts, together with the need to obtain and review the file and consult with Defendant, undersigned counsel will not have sufficient time to adequately prepare a response to the Complaint by the current due date.

4. Accordingly, Defendant seeks an enlargement of an additional twenty-one (21) days to respond, by motion or otherwise, to the Complaint.

5. This motion is not made for the purpose of delay and Plaintiff will not be prejudiced by this enlargement.

6. Defendant has not previously sought an enlargement of time to respond to the Complaint.

7. Counsel for Defendant has conferred with counsel for Burstyn with respect to the requested enlargement, and who has courteously stated that they have no objection to the motion and relief sought herein.

WHEREFORE, Defendant, Northwestern Mutual Life Insurance Company, ("Northwestern Mutual"), respectfully requests that this Court grant it an enlargement of time of an additional twenty-one (21) days, up to and including November 5th, 2018, in which to serve its response, by motion or otherwise, to Plaintiff's Complaint, and granting Defendant such other and further relief as this Court deems proper.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Counsel for Northwestern Mutual certifies that they have conferred with counsel for Plaintiff, who has no objection to the requested 21 day enlargement.

**MEMORANDUM OF LAW**

This Court has authority to grant an enlargement of time for good cause under Rule 6(b), Federal Rules of Civil Procedure. In the circumstances elaborated, good cause has been shown for the requested enlargement, which will not result in prejudice to any party. As stated in Moore's Federal Practice, § 6.08, at 6-84-88: "In accordance with the mandate of Rule 1, that the Rules should be construed to secure the just, speedy and inexpensive determination of every action, the courts generally have given Rule 6(b) a liberal interpretation in order to work substantial justice." *See also Hoffman v. Kennedy*, 30 F.R.D. 50, 51 (E.D. Pa. 1962). In the

aforementioned circumstances, good cause has been shown. Accordingly, the undersigned respectfully requests that this Court grant the motion for an enlargement of time up to and including November 5th, 2018.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant*
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Tel: (305) 358-6300
Fax: (305) 381-9982

By: */s/ Jeffrey M. Landau*
John E. Meagher
Florida Bar No. 511099
*jmeagher@shutts.com*
Jeffrey M. Landau
Florida Bar No. 863777
*jlandau@shutts.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12th, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey M. Landau*
Jeffrey M. Landau

**SERVICE LIST**

***David Burstyn v Northwestern Mutual Life Insurance Company***
**United States District Court, Southern District of Florida**
**Case No.: 1:18-cv-23824-DPG**

Benjamin C. Hassebrock, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street
30th Floor
Miami, FL 33131
T: (305) 577-3996
F: (305) 577-3558
*BHassebrock@vpl-law.com*
Attorneys for Plaintiff