**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:18-cv-23824-DPG**

DAVID BURSTYN,

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
_________________________________/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John E. Meagher, Esq., of the law firm of SHUTTS & BOWEN LLP herewith enters his appearance as counsel for Defendant, Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), in the above-styled cause of action and requests that all future correspondence, notices, filings and pleadings be served upon the undersigned.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for Northwestern Mutual*
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Tel: (305) 358-6300
Fax: (305) 381-9982

By: */s/ John E. Meagher*
John E. Meagher
Florida Bar No. 511099
*jmeagher@shutts.com*
Jeffrey M. Landau
Florida Bar No. 863777
*jlandau@shutts.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5th, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey M. Landau*
Jeffrey M. Landau

## SERVICE LIST

***David Burstyn v Northwestern Mutual Life Insurance Company***
**United States District Court, Southern District of Florida**
**Case No.: 1:18-cv-23824-DPG**

Benjamin C. Hassebrock, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street
30th Floor
Miami, FL 33131
T: (305) 577-3996
F: (305) 577-3558
*BHassebrock@vpl-law.com*
Attorneys for Plaintiff