**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID BURSTYN,

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
_______________________________/

CASE NO: 18-cv-23824-DPG

**NOTICE OF APPEARANCE**

Please take notice that Daniel L. Gross enters his appearance on behalf of Plaintiff David Burstyn in the above-styled action. Please address all notices, pleadings, motions and communications filed or served in the cause to the undersigned's address below.

Respectfully Submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Daniel L. Gross
**Daniel L. Gross**
Florida Bar No. 1010982
dgross@vpl-law.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on November 14th, 2018, on all counsel or parties of record on the Service List below.

/s/ Daniel L. Gross
**Daniel L. Gross**

**SERVICE LIST**
**CASE NO: 18-cv-23824-DPG**
**United States District Court, Southern District of Florida**

John E. Meagher
Florida Bar No. 511099
jmeagher@shutts.com
Jeffrey M. Landau
Florida Bar No. 863777
jlandau@shutts.com
Shutts & Bowen LLP
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131
(305) 379-9190
(305) 347-7890 *facsimile*
*Counsel for Northwestern Mutual*