**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID BURSTYN, CASE NO: 18-cv-23824-DPG

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
______________________________________/

**MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff, David Burstyn, ("Burstyn") moves this Court for an Order granting an extension of time for the parties to file their Joint Scheduling Report and Proposed Scheduling Order and in support thereof states as follows:

1. Burstyn filed his Complaint [D.E. 1] on September 17, 2018.

2. Northwestern Mutual filed its Answer and Affirmative Defenses [D.E. 7] on November 5, 2018.

3. This Court ordered the parties to prepare and file a Joint Scheduling Report and Proposed Scheduling Order on or before November 26, 2018 [D.E. 9].

4. Undersigned counsel has prepared a Joint Scheduling Report and Proposed Scheduling Order and shared these drafts with counsel, but the parties have not yet been able to confer due to scheduling conflicts over the Thanksgiving holiday and the current unavailability of Northwestern Mutual's counsel.

5. Undersigned counsel accordingly requests a brief ten (10) day extension, through and including December 6, 2018, for the parties to complete their scheduling conference and file their Joint Scheduling Report and Proposed Scheduling Order in compliance with this Court's November 5, 2018 endorsed Order [D.E. 9].

6. This brief extension is requested for good cause and will serve the interests of justice. No party to this proceeding will be prejudiced by the extension, and no other deadlines will be affected.

WHEREFORE, Plaintiff David Burstyn respectfully requests an Order extending permitting the parties to file their Joint Scheduling Report and Proposed Scheduling Order on or before December 6, 2018.

/s/ Benjamin C. Hassebrock
**Benjamin C. Hassebrock**
Florida Bar No. 76504
bhassebrock@vpl-law.com
**Daniel L. Gross**
Florida Bar No. 1010982
dgross@vpl-law.com
**VER PLOEG & LUMPKIN, P.A.**
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
*Counsel for Plaintiff*

## CERTIFICATION OF GOOD FAITH EFFORT TO CONFER

Undersigned counsel contacted Northwestern Mutual's counsel on November 20 and November 26, 2018, but was unable to reach counsel due to out-of-town travel and therefore has not been able to confirm Northwestern Mutual's position regarding the relief requested herein.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 26, 2018 on all counsel or parties of record on the Service List below.

**SERVICE LIST**
**CASE NO: 18-cv-23824-DPG**
**United States District Court, Southern District of Florida**

John E. Meagher
Florida Bar No. 511099
jmeagher@shutts.com
Jeffrey M. Landau
Florida Bar No. 863777
jlandau@shutts.com
Shutts & Bowen LLP
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131
(305) 379-9190
(305) 347-7890 *facsimile*
*Counsel for Northwestern Mutual*