**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID BURSTYN,

CASE NO: 18-cv-23824-DPG

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
_______________________________________/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, David Burstyn and Defendant, Northwestern Mutual Life Insurance Company pursuant to this Court's December 13, 2018 Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 15], hereby notify the Court that the parties have conferred and selected Robert A. Dulberg, as the mediator in this matter. Parties are attempting to schedule a date.

/s/ Benjamin C. Hassebrock
**Benjamin C. Hassebrock**
Florida Bar No. 76504
bhassebrock@vpl-law.com
**Daniel L. Gross**
Florida Bar No. 1010982
dgross@vpl-law.com
**VER PLOEG & LUMPKIN, P.A.**
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February15, 2019, on all counsel or parties of record on the Service List below.

/s/ Benjamin C. Hassebrock
**Benjamin C. Hassebrock**

**SERVICE LIST**
**CASE NO: 18-cv-23824-DPG**
**United States District Court, Southern District of Florida**

John E. Meagher
Florida Bar No. 511099
jmeagher@shutts.com
Jeffrey M. Landau
Florida Bar No. 863777
jlandau@shutts.com
Shutts & Bowen LLP
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131
(305) 379-9190
(305) 347-7890 *facsimile*
*Counsel for Northwestern Mutual*