**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:18-cv-23824-DPG**

DAVID BURSTYN,

Plaintiff,

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.
___________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DAVID BURSTYN ("Burstyn"), and Defendant, NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY ("Northwestern Mutual"), by and through undersigned counsel, hereby stipulate and agree that this action has been amicably settled, and shall be DISMISSED with PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs.

Dated this 8th day of April, 2019.

**SHUTTS & BOWEN LLP**
*Counsel for Northwestern Mutual*
200 S. Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel: (305) 358-6300
Fax: (305) 347-7898

By: */s/ Jeffrey M. Landau*
John E. Meagher, Esq.
Florida Bar No. 511099
*jmeagher@shutts.com*
Jeffrey M. Landau, Esq.
Florida Bar No. 863777
*jlandau@shutts.com*

**VER PLOEG & LUMPKIN, P.A.**
*Counsel for Plaintiff*
100 S.E. Second Street
30th Floor
Miami, FL 33131
T: (305) 577-3996
F: (305) 577-3558

By: */s/ Benjamin C. Hassebrock*
Benjamin C. Hassebrock, Esq.
Florida Bar No. 76504
*BHassebrock@vpl-law.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8th, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey M. Landau*
Jeffrey M. Landau

**SERVICE LIST**

***David Burstyn v Northwestern Mutual Life Insurance Company***
**United States District Court, Southern District of Florida**
**Case No.: 1:18-cv-23824-DPG**

Benjamin C. Hassebrock, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street
30th Floor
Miami, FL 33131
T: (305) 577-3996
F: (305) 577-3558
*BHassebrock@vpl-law.com*
Attorneys for Plaintiff